IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07MC00041-LKK-DAD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF CONTINUING |
| v. ) | GARNISHMENT PURSUANT TO |
| ) | STIPULATION (Voluntary) |
| BRITTA A. VILLAREAL, ) | |
| ) | |
| ) | |
| Defendant and ) | |
| Judgment Debtor. ) | |
| _____ ) | |
| ) | |
| BARRETT BUSINESS SERVICES, INC. ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee Barrett Business Services, Inc., shall withhold each month and remit to the United States District Court $60.00 of defendant's disposable earnings**\***, until the judgment is paid in full, or until further order of the Court.

DATED: November 19, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.civil/villareal0041.stipord

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)